AO 91 (Rev. 11/11)  Criminal Complaint

*DOR 1-21-22*

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Luis Perez-Guerrero | ) Case No. 22-8026 MJ |
| A # 212 900 475 | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), a felony, and Title 8, United States Code, Section 1325(a)(1), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

ESTHER WINNE Digitally signed by ESTHER WINNE
Date: 2022.01.22 12:42:51 -07'00'

AUTHORIZED BY:  AUSA Esther J. Winne for AUSA Genevieve A. Ozark

☒ Continued on the attached sheet.

SHANE R
PETERSON
Digitally signed by SHANE R PETERSON
Date: 2022.01.22 12:13:58 -07'00'

*Complainant's signature*

Shane R. Peterson
United States Border Patrol Agent
*Printed name and title*

Sworn to telephonically.

Date:  January 22, 2022

*Judge's signature*

City and state:  Phoenix, Arizona

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about January 21, 2022, Luis Perez-Guerrero, an alien, was found in the United States at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about August 31, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), a Class E felony.

### Count 2

On or about January 16, 2022, at or near Lukeville, in the District of Arizona, Luis Perez-Guerrero, an alien, did knowingly and voluntarily entered the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l), a Class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Shane R. Peterson, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent with United States. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about January 21, 2022, an individual, later identified as Luis Perez-Guerrero, was apprehended by Border Patrol agents near Maricopa, Arizona, in Pinal County. The agents performed an immigration inspection on Perez-Guerrero, who admitted to being a citizen and national of Mexico, unlawfully present in the United States. Perez-Guerrero was transported to the Casa Grande Border Patrol Station for further processing. Perez-Guerrero was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Luis Perez-Guerrero to be a citizen of Mexico and a previously deported alien. Perez-Guerrero was removed from the United States to Mexico, through San Ysidro, California, on or about August 31, 2017, pursuant to a final order of removal issued by an immigration official. There is no record of Luis Perez-Guerrero in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Luis Perez-Guerrero in any Department of Homeland

2

Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Perez-Guerrero presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Perez-Guerrero unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States of America. Perez-Guerrero's immigration history was matched to his by electronic fingerprint comparison.

5. On or about January 22, 2022, Luis Perez-Guerrero was advised of his constitutional rights. Perez-Guerrero freely and willingly acknowledged his rights and did not agree to provide a statement under oath without an attorney present. However, on January 21, 2022, during Perez-Guerrero's initial encounter with Border Patrol agents, he admitted that he entered the United States at or near Lukeville, Arizona, on January 16, 2022.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 21, 2022, Luis Perez-Guerrero, an alien, was found in the United States at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about August 31, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and on or about January 16, 2022, at or near Lukeville, in the District of Arizona, Luis Perez-Guerrero, an alien, unlawfully entered the United States at a time

3

or place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

7.  This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.  I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and Title 8, United States Code, Section 1325(a)(l).

**SHANE R PETERSON**
Digitally signed by SHANE R PETERSON
Date: 2022.01.22 12:15:08 -07'00'

Shane R. Peterson
United States Border Patrol

Sworn to telephonically
this 22nd day of January, 2022.

John Z. Boyle
United States Magistrate Judge

4